## WALKER & WALKER v. HUGHES.

120 1079|
Case 1
121  475|
121  828

SIMMONS, C. J. This court will not disturb the first grant of a new trial upon certiorari from a justice's court, where the verdict was not demanded by the evidence. *Lovvorn* v. *Jones*, 119 *Ga.* 229 ; *Bell* v. *Felt*, 119 *Ga.* 498.

*Judgment affirmed. All the Justices concur, except Evans, J., disqualified.*

Submitted July 16, — Decided August 12, 1904.

Certiorari. Before Judge Evans. Jefferson superior court. November term, 1903.

*Rogers & Stephens*, for plaintiffs.